UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAGNER ROMEO CURRUCHICH TUMUX, | No.  2:26-cv-00670-DAD-CSK |
| Petitioner, | |
| v. | ORDER DENYING PETITIONER'S MOTION FOR IMMEDIATE RELEASE |
| WARDEN, et al., | (Doc. No. 13) |
| Respondents. | |

On March 2, 2026, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE"). (Doc. No. 1.)  That same day, petitioner filed a motion for temporary restraining order requesting his immediate release. (Doc. No. 2.)  On March 3, 2026, respondents filed an opposition to that motion for temporary restraining order in which they argued that petitioner had received a bond hearing on January 5, 2026 and the immigration judge had denied bond. (Doc. No. 6.)  On March 4, 2026, the court denied petitioner's motion for temporary restraining order on the basis that petitioner had received the requisite process under 8 U.S.C. § 1226(a) and had not demonstrated that the immigration judge had committed clear error in denying bond. (Doc. No. 7.)  On May 27, 2026, petitioner filed a motion for immediate release arguing that the detention authority applicable to him has shifted from 8 U.S.C. § 1226 to 8 U.S.C. § 1231

1

because a removal order was entered on May 18, 2026.  (Doc. No. 13.)  However, petitioner also states that on May 26, 2026, he appealed that removal order to the Board of Immigration Appeals.  (*Id.* at 1–2.)  Accordingly, his removal order is not yet final and petitioner is still detained pursuant to 8 U.S.C. § 1226(a).  *See Chen v. Noem*, No. 5:26-cv-00397-SSS-DTB, 2026 WL 425694, at *3 (S.D. Cal. Feb. 13, 2026) (explaining that a removal order is not administratively final where an appeal of that order is pending before the BIA and that § 1231 did not apply to the petitioner as a result).

The court therefore DENIES petitioner's motion for immediate release (Doc. No. 13) for the same reasons stated in its previous March 4, 2026 order denying petitioner's initial motion for temporary restraining order (Doc. No. 7).  This matter is REFERRED back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **June 5, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2